IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Freddy Ludwig Wambach, | ) | C/A No.: 1:10-1022-HFF-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| S. Blackwell, R.N., and T. Murray, in their individual and official capacities, | ) ) ) | |
| Defendants. | ) ) | |

    Plaintiff, proceeding *pro se*, brought this action pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights while he was a pretrial detainee at Spartanburg County Detention Facility ("SCDF"). On September 30, 2011, the Honorable Henry F. Floyd issued an order denying without prejudice and with leave to re-file Defendants' motion for summary judgment. [Entry #56]. Judge Floyd's order directed the undersigned to consider appointing counsel for Plaintiff and to issue a scheduling order thereafter. In light of Judge Floyd's order, the parties are each directed to submit a status report by October 17, 2011 that: (1) addresses whether counsel should be appointed for Plaintiff; and (2) proposes amended deadlines for the completion of discovery and submission of dispositive motions. Plaintiff's failure to respond to this order could result in sanctions, including dismissal of this case for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

October 3, 2011                                  Shiva V. Hodges
Florence, South Carolina               United States Magistrate Judge